

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Eric Chatman

                        **Plaintiff,**

                V.

Nissan Corporation

                        **Defendant.**

**Civil Action No.** 18-cv-01103-CAB-PCL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Denies Plaintiff's Motions to Proceed IFP and to Appoint Counsel pursuant to 28 U.S.C. § 1915(e)(1) as barred by 28 U.S.C. § 1915(g); Dismisses this civil action without prejudice for failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a); Certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and Directs the Clerk of Court to enter judgment and close the file. It Is So Ordered.

Date: 6/27/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

                                                  J. Gutierrez, Deputy